UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REGINALD MCDONALD,<br><br>      Plaintiff,<br><br>vs.<br><br>JEREMY BEAN; *et al.*,<br><br>      Defendant, | 2:09-cv-438-PMP-RJJ<br><br><br><br>O R D E R |

This matter is before the Court on Plaintiff's Motion for Discovery (#26).

The Court having reviewed the Motion (#26) and the file herein finds that Plaintiff has been authorized to file an amended complaint which is due on or before November 4, 2011. Further, the Court finds that discovery will not be considered until said amended complaint is filed, screened and answered. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Discovery (#26) is **DENIED**.

DATED this   17th   day of October, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge