UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REGINALD MCDONALD, | )<br>) |
| Plaintiff, | )  2:09-cv-0438-PMP-RJJ<br>) |
| vs. | )<br>) |
| JEREMY BEAN, *et al.*, | )  O R D E R<br>) |
| Defendant, | )<br>) |

This matter is before the undersigned Magistrate Judge on Plaintiff's Motion to Receive Free Copies (#29).

The Court having reviewed the Motion (#29) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Receive Free Copies(#29) is **DENIED**.

DATED this   28th   day of December, 2011.

                                                                      ROBERT J. JOHNSTON
                                                                      United States Magistrate Judge