UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| REGINALD MCDONALD, | ) | |
| Plaintiff, | ) | 2:09-cv-0438-PMP-RJJ |
| vs. | ) | |
| JEREMY BEAN, *et al*., | ) | O R D E R |
| Defendant, | ) | |

This matter is before the undersigned Magistrate Judge on Plaintiff's Motion to Compel NDOC to Provide Legal Assistance (#30).

The Court having reviewed the Motion (#30) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel NDOC to Provide Legal Assistance (#30) is **DENIED**.

DATED this   28th   day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge