UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD MCDONALD, | |
| Plaintiff, | 2:09-cv-0438-PMP-RJJ |
| vs. | |
| JEREMY BEAN, *et al.*, | O R D E R |
| Defendant, | |

This matter is before the undersigned Magistrate Judge on Plaintiff's Motion to Request Time Extension (#33).

The Court having reviewed the Motion (#33) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Request time Extension (#33) is **DENIED**.

DATED this  28th  day of December, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge