UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REGINALD MCDONALD, | |
| Plaintiff, | 2:09-cv-0438-PMP-RJJ |
| vs. | |
| JEREMY BEAN, *et al.*, | O R D E R |
| Defendant, | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion for Magistrate Judge to Reconsider Magistrate Judge Order (#41).

The Court having reviewed Plaintiff's Motion (#41) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Magistrate Judge to Reconsider Magistrate Judge Order (#41) is **DENIED.**

DATED this __20th__ day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge